Certificate Number: 05781-FLM-DE-041304869

Bankruptcy Case Number: 26-05547

05781-FLM-DE-041304869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2026, at 3:20 o'clock PM PDT, Francisco Ruiz Feliciano completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: August 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President